Before STATE INDUSTRIAL BOARD, Respondent. ANTONIO FERRARI, Respondent, v. UNITED STATES GYPSUM COMPANY, Employer, Impleaded with HARTFORD

ACCIDENT AND INDEMNITY COMPANY, Appellant.—Awards affirmed, with costs to the State Industrial Board. All concur, except Van Kirk, J., dissenting.